# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No. 1:22-CV-733-WO-LPA

| | |
|---|---|
| PIEDMONT ROOFING SERVICES, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONWIDE GENERAL )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | **VOLUNTARY DISMISSAL** |

NOW COMES Plaintiff, PIEDMONT ROOFING SERVICES, LLC, and their attorney John David Matheny II, of the law firm Matheny Law PLLC and does hereby:

**GIVES NOTICE** that all Plaintiffs' claims against NATIONWIDE GENERAL INSURANCE COMPANY are voluntarily dismissed without prejudice pursuant to Rule 41(a)(1) of the Rules of Civil Procedure.

Respectfully submitted, this the 20th day of January, 2023

**MATHENY LAW, PLLC**

/s/ John David Matheny II
John David Matheny II
NC Bar # 49387
516-D River Highway
Suite 198
Mooresville, NC 28117
(984) 269-3829
mathenylawpllc@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, I served the foregoing **VOLUNTARY DISMISSAL** all counsel of record via the CM/ECF system.

MATHENY LAW, PLLC
/s/John David Matheny II
_____
John David Matheny II
N.C. Bar No. 49387
516-D River Highway Suite 198
Mooresville, NC 28117
(984) 269-3829
mathenylawpllc@gmail.com
*Attorney for Piedmont Roofing Services, LLC*
